730

No. 799. METROPOLITAN LIFE INSURANCE Co. v. MADDEN FURNITURE, INC. ET AL. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Peter O. Knight, C. Fred Thompson,* and *John Bell* for petitioner. *Mr. O. K. Reaves* for respondents.

No. 810. EGNER ET AL. v. E. C. SCHIRMER MUSIC Co. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Joseph Fischer* for petitioners. *Mr. Francis Gilbert* for respondent.

No. 812. AMERICAN STORES, INC. v. BOWLES, PRICE ADMINISTRATOR. April 24, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Walter E. Gallagher* and *Herbert Levy* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondent.

No. 818. CITY OF NEW YORK v. NATIONAL CITY BANK. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leo Brown* for petitioner. *Mr. Bernard L. Bermant* for respondent.

No. 658. MCDONALD v. UNITED STATES. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Walter McDonald, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.